DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC.,**
a Florida corporation,
Appellant,

v.

**THE VILLAGE OF WELLINGTON,**
a Florida municipality,
Appellee.

No. 4D17-3584

[November 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502014CA013530XXXXMB.

Alexander L. Domb of Alexander L. Domb, P.A., for appellant.

Claudio Riedi of Lehtinen Schultz, PLLC, Miami, and Laurie Stilwell Cohen, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***